# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CRAIG ELIOT NORRIS, II,

    Petitioner,

v.

DAN PACHOLKE,

    Respondent.

Case No. 08-0639-JCC-JPD

ORDER OF DISMISSAL

The Court, after careful consideration of petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, the governing authorities and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Respondent's motion to dismiss (Dkt. No. 11) is GRANTED and this case is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to all counsel of record and to Judge Donohue.

//

//

//

ORDER OF DISMISSAL
PAGE - 1

1    DATED this 9th day of December, 2008.

*[signature]*
JOHN C. COUGHENOUR
United States District Judge

ORDER OF DISMISSAL
PAGE - 2